UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cr-00037

**United States of America,**
*Plaintiff,*

v.

**Johnny Urbina-Carrillo,**
*Defendant.*

Before BARKER, *District Judge*

### ORDER

On July 24, 2019, defendant was charged by indictment with illegal reentry following removal, in violation of 8 U.S.C. § 1326(a) and (b)(2). Doc. 1. Defendant entered into an agreement to plead guilty to that offense (Doc. 19) and consented to have a magistrate judge take his guilty plea. Doc. 22. The plea agreement contains agreed guideline stipulations pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B). Doc. 23. Magistrate Judge John D. Love conducted a change-of-plea hearing and issued findings and a recommendation that the court accept the guilty plea. Doc. 26. At the hearing, the parties waived their right to object to the findings and recommendation. *Id*. The court now **accepts** the magistrate judge's findings and recommendation and **accepts** defendant's guilty plea.

*So ordered by the court on February 13, 2020.*

J. CAMPBELL BARKER
United States District Judge